UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 26-4457-DMG (E)** | Date | August 13, 2026 |
|---|---|---|---|
| Title | ***Yennier Velazquez Almaguer v. The Warden of the Adelanto Immigration Detention Facility, et al.*** | Page | 1 of 1 |

Present: The Honorable DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER FOR STATUS REPORT AND RESPONSE**

Petitioner Yennier Velazquez Almaguer, proceeding *pro se* (that is, self-represented), brings a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging his ongoing immigration detention. He names as Respondents the Warden of the Adelanto Immigration Detention Facility, the Enforcement and Removal Operations Field Office Director, U.S. Immigration and Customs Enforcement ("ICE"), and the Secretary of the Department of Homeland Security. With his Petition, he filed an "EMERGENCY MOTION to Maintain My Place of Detention During the Pendency of My Petition for Writ of Habeas Corpus," which the Court refers to as the *Ex Parte* Application ("EPA").[1] [Doc. # 2.] Petitioner filed the Petition while detained at the Adelanto Immigration Detention Facility. He states he was previously detained in a detention facility in Texas. Petition at 4 [Doc. # 1]. The Court takes judicial notice that according to Respondents' own Online Detainee Locator System,[2] Petitioner is currently detained at the Central Valley Annex in McFarland, California. *See* Fed. R. Evid. 201.

Petitioner's EPA seeks to prevent his transfer from Adelanto. It appears, however, that he has already been transferred from that facility. Therefore, **no later than September 4, 2026, Petitioner shall file a status report informing the Court whether he wishes to amend his EPA to move to be returned to Adelanto or whether he prefers to litigate his petition from his current location**. The status report shall also confirm Petitioner's current address and contact information.

Within five court days of Petitioner's status report, Respondents shall file any opposition to the EPA, or it will be deemed unopposed.

**IT IS SO ORDERED.**

[1] Because the application seeks injunctive relief, the Court will rule on it in the first instance. *See* General Order 05-07 at 7.

[2] https://locator.ice.gov/